1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for defendant
   Midland Credit Management, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11                   C   10      0164

12  PLACIDO PARASDAS,              )   CASE NO.:
                                   )
13          Plaintiff,             )
                                   )   **NOTICE OF REMOVAL**
14          vs.                    )
                                   )
15  MIDLAND CREDIT                 )
    MANAGEMENT, INC.; DOES 1-10,   )
16                                 )
            Defendants.            )
17  _____)

18

19

20

21

22

23

24

25

26

27

28

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Midland Credit Management, Inc. ("Defendant"), a Kansas Corporation, hereby removes to this Court the state court action described below.

1.      On December 3, 2009, a complaint was filed against Defendant by plaintiff Placido Parasdas ("Plaintiff"), in an action pending in the Superior Court of the State of California in and for the County of San Mateo, entitled *Placido Parasdas v. Midland Credit Management et al.*, Case No. CLJ490104.  A copy of the state court complaint ("Complaint") is attached hereto as **Exhibit A**.

2.      This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant first received a copy of the Complaint by United States Mail at its Pennsylvania address, on December 14, 2009.

## JURISDICTION

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that the Complaint asserts claims against Defendants allegedly arising under federal law 15 U.S.C. § 1692 *et seq*. (The Fair Debt Collection Practices Act).

4.      The Complaint was filed in the Superior Court of the State of California, County of San Mateo.  Therefore, venue in the San Francisco or the Oakland Division of this District is proper.  *See* Local Rule 3-2(d) (stating "all civil actions which arise in the counties of . . . San Mateo . . . shall be assigned to the San Francisco Division or the Oakland Division"); 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending).

5.      Defendant Midland Credit Management, Inc. is represented by the undersigned.

PARASDAS V. MIDLAND CREDIT MANAGEMENT ET AL.
NOTICE OF REMOVAL
1

1  DATED: January 13, 2010          SIMMONDS & NARITA LLP
2                                   TOMIO B. NARITA
                                    JEFFREY A. TOPOR
3

4
                                 By: _____
5                                    Tomio B. Narita
6                                    Attorneys for defendant
                                     Midland Credit Management, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

6

7

8

9                    SUPERIOR COURT OF CALIFORNIA

10                      COUNTY OF SAN MATEO

11                 LIMITED CIVIL    **CLJ 4 9 0 1 0 4**

12  PLACIDO PARASDAS,                    Case No.:

13              Plaintiff,           **COMPLAINT FOR UNLAWFUL DEBT**
                                     **COLLECTION PRACTICES**
14  v.

15  MIDLAND CREDIT MANAGEMENT, INC.;  **JURY DEMAND**
    DOES 1-10
16
            Defendants.                         /
17  _____

18                  **I. INTRODUCTION**

19       1.    Plaintiff brings this lawsuit to seek redress for Defendants' debt collection

20  practices in violation of Civ. Code § 1788, *et seq.* (CA FDCPA), and 15 U.S.C. § 1692, *et seq.*

21  (FDCPA).

22       2.    Defendants are debt collectors under the provisions of Cal. Civ. Code § 1788.2

23  and 15 U.S.C. § 1692 a(6).

24       3.    The FDCPA is incorporated into California law pursuant to Cal. Civ. Code §

25  1788.17.

26       4.    Plaintiff seeks statutory damages, attorney's fees, and costs.

27                **II. JURISDICTION AND VENUE**

28

COMPLAINT/se                        PLACIDO PARASDAS v. MIDLAND CREDIT
                              1     MANAGEMENT; DOES 1-10

5.  Jurisdiction in this court is conferred by Cal. Code Civ. Proc. §§ 86 and 410.10, and 15 U.S.C. § 1692k(d).

6.  Venue is proper in this court because Plaintiff resides in this county, Defendants do business in this county, and the collection communications were received in this county.

### III. PARTIES

7.  Plaintiff is an adult individual who resides in this county.

8.  Defendant MIDLAND CREDIT MANAGEMENT ("MCM" or "Defendant") maintains an office at which it receives mail located at Department 12421, PO Box 603, Oak Park, PA 19456. Service of legal process is made on an executive officer at this address.

9.  Defendant Does 1-10 are employees and agents of Defendant and are jointly and severally liable for the wrongs alleged herein.

10.  Defendants are debt collectors under California law pursuant to Cal. Civ. Code § 1788.2(c) and (g) and federal law pursuant to 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

11.  Some time age, Plaintiff was issued a credit card, by an entity know as Aspire, with an account number ending in 5959. Plaintiff used the card to charge goods for Plaintiff's personal and family needs.

12.  Some time thereafter the account was sold or assigned to Defendant for collection.

13.  Plaintiff retained attorney Irving L. Berg for representation in dealing with Defendant.

14.  The attorney notified Defendant by letter dated July 12, 2008 of his representation of Plaintiff and requested verification of the debt.

15.  Nonetheless, Defendant failed to verify the debt and continued its collection by contacting Plaintiff directly by its collection letter dated October 10, 2009.

16.  Defendants' conduct renders them liable for statutory damages as hereafter stated.

### V. CLAIM FOR RELIEF

17.  Plaintiff incorporates the foregoing paragraphs as though fully set forth

COMPLAINT/so                          PLACIDO PARASDAS v. MIDLAND CREDIT
                                   2   MANAGEMENT; DOES 1-10

DEC-07-2009 19:19 From:                              To:Fax                        P.4/4

1   herein.

2        18.    Defendants violate 15 U.S.C. § 1692g(b) by failing to cease collection of a

3   disputed debt that it had not verified after demand made thereof.

4        19.    Defendants violate Cal. Civ. Code § 1788.14 and 15 U.S.C. §1692c(a)(2).

5        20.    Pursuant to Cal. Civ. Code § 1788.17, Defendants' conduct subjects them to

6   liability under section 1692k(2)(a) of the FDCPA and Cal. Civ. Code § 1788.30.

7        21.    Pursuant to Cal. Civ. Code § 1788.32, Defendants' liability is cumulative with the

8   liability stated at Cal. Civ. Code § 1788.30 and 15 U.S.C. § 1692k(a)(2)(A).

9                                    **V. PRAYER**

10       WHEREFORE, Plaintiff prays for judgment for statutory damages as follows:

11       1.    Statutory damages against Defendant MCM of $2,000;

12       2.    Statutory damages against Defendant Does 1-10 of $8,000 proportionally;

13       3.    Attorney's fees and costs.;

14       4.    Jury trial as to all issues alleged herein.

15

16  Dated: ___11.30.09___

17                                      Irving L. Berg
                                        THE BERG LAW GROUP
18                                      145 Town Center, PMB 493
                                        Corte Madera, California 94925
19                                      (415) 924-0742
                                        (415) 891-8208 (Fax)

20                                      ATTORNEY FOR PLAINTIFF

21                                      NOTICE OF LIEN

22

23       Please be advised that Plaintiff's attorney claims a lien for attorney's fees on any recovery

    herein or such sum as a court awards. All rights to attorney's fees have been assigned by Plaintiff
24
    to his attorney.
25

26  Dated: 11.30.09

27                                      Irving L. Berg

28

    COMPLAINT/se                              PLACIDO PARASDAS v. MIDLAND CREDIT
                                   3         MANAGEMENT; DOES 1-10